UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

CARMEN TAVAREZ-VARGAS,

                              Plaintiff,                      21-CV-09843 (PAE)(SN)

         -against-                                         **ORDER**

ENPHASE ENERGY, INC.,

                              Defendant.

-------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

On March 15, 2022, the Court granted the parties' motion for a stay and ordered the parties to file their stipulation of voluntary dismissal by no later than May 3, 2022. ECF No. 17. In the alternative, Defendant was ordered to file its answer. <u>Id.</u> As of the issuance of this order, the parties have not filed a stipulation of voluntary dismissal. The parties must file their stipulation of voluntary dismissal or Defendant must answer, move, or otherwise respond to the Complaint by no later than May 13, 2022.

**SO ORDERED.**

                                                               _____
                                                               SARAH NETBURN
                                                               United States Magistrate Judge

DATED:      New York, New York
                 May 6, 2022