UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| CARMEN TAVAREZ-VARGAS, Individually, and On Behalf of All Others Similarly Situated, | Case No.: 1:21-cv-09843-PAE-SN |
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL** |
| vs. |  |
| ENPHASE ENERGY, INC., |  |
| Defendant. |  |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Carmen Tavarez-Vargas hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice, against defendant Enphase Energy, Inc.

DATED:  May 13, 2022            **MIZRAHI KROUB LLP**

                    /s/ Edward Y. Kroub
                    EDWARD Y. KROUB

EDWARD Y. KROUB
JARRETT S. CHARO
WILLIAM J. DOWNES
200 Vesey Street, 24th Floor
New York, NY  10281
Telephone:  212/595-6200
212/595-9700 (fax)
ekroub@mizrahikroub.com
jcharo@mizrahikroub.com
wdownes@mizrahikroub.com

*Attorneys for Plaintiff*